# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136066

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ILENE TINMAN and MICHAEL TINMAN,
as next friends of TZVIH TINMAN,
          Plaintiffs-Appellants,

v                                                    SC: 136066
                                                     COA: 268448
                                                     Wayne CC: 99-932051-CK

BLUE CROSS & BLUE SHIELD OF
MICHIGAN,
          Defendant-Appellee.

_____/

          On order of the Court, the application for leave to appeal the February 14, 2008
judgment of the Court of Appeals is considered, and it is DENIED, because we are not
persuaded that the questions presented should be reviewed by this Court.



          I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008                         _____

t0616                                              Clerk